STATE OF OREGON,
by and through its
DEPARTMENT OF TRANSPORTATION,
*Respondent,*

*v.*

ATLAS CONSTRUCTION COMPANY,
*Appellant.*

(A8711-06919; CA A50779)

789 P2d 20

James W. Hendry, Portland, argued the cause for appellant. With him on the brief was Gilbertson, Brownstein, Rask, Sweeney, Kerr & Grim, and on the reply brief was Brownstein, Rask, Sweeney, Kerr, Grim & Desylvia, Portland.

Jas. Adams, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Richardson, Presiding Judge, and Newman and Deits, Judges.

PER CURIAM

Affirmed. *Dept. of Trans. v. Lundberg,* 100 Or App 601, 788 P2d 456 (1990).